IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MIRIAM BAYDES                              CASE NO. 22-11595-RAM
                                           CHAPTER 13

       Debtor.
_____/

**OBJECTION TO CONFIRMATION OF PLAN**

    Creditor, Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-22, files its Objection to Confirmation of Plan and states:

    1.    Creditor holds a note secured by a mortgage on the property located at 14624 SW 63rd Terrace, Miami, Florida 33183.

    2.    Creditor is in the process of timely filing a Proof of Claim.

    3.    Debtor's Plan indicates an intention to mediate with Creditor through the Loss Mitigation Mediation Program; however, an appropriate motion has not been filed, as of the date of this Objection.

    4.    If a mediation commences and results in an impasse or denial of the modification application, Creditor's Proof of Claim should be in paid in full or the property surrendered.

    5.    Moreover, Debtor's Plan should account for future taxes and insurance during the pendency of the potential mediation.

    **WHEREFORE**, Creditor, respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                            */s/ Gavin N. Stewart*
                                            Gavin N. Stewart, Esquire
                                            Florida Bar Number 52899
                                            P.O. Box 5703

          Clearwater, FL 33758
          P: (727) 565-2653
          F: (727) 213-9022
          E: bk@stewartlegalgroup.com
          Counsel for Creditor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 14th day of April 2022.

          */s/ Gavin N. Stewart*
          Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
Miriam Baydes
14624 SW 63 Terrace
Miami, FL 33183

**VIA CM/ECF NOTICE**
Timothy S Kingcade, Esq
1370 Coral Way
Miami, FL 33145

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130